# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 617 |
| | : | |
| PRELIMINARY MINIMUM STANDARDS FOR DELIVERY OF EFFECTIVE INDIGENT DEFENSE SERVICES PURSUANT TO ACT 34 OF 2023, ARTICLE II-F, INDIGENT DEFENSE | : : : : : : : | JUDICIAL ADMINISTRATION DOCKET |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of May, 2024, pursuant to Article V, Section 10 of the Constitution of Pennsylvania and in the interests of justice and efficient administration pursuant to Pa.R.J.A. 103(a)(3),

    **IT IS ORDERED** that, in accordance with Section 203-F(i)(3) of Act 34 of 2023, and in response to the submission of the Indigent Defense Advisory Committee (IDAC) as approved by the Pennsylvania Commission on Crime and Delinquency (PCCD), preliminary standards for the delivery of effective indigent defense services in the Commonwealth of Pennsylvania are adopted in the attached form.

    These preliminary standards are adopted solely for the purpose of providing guidance to IDAC and PCCD regarding Indigent Defense Grant Program applications submitted in fiscal year 2023-24.

    These preliminary standards are aspirational in nature. Adoption of these preliminary standards is not a determination of the constitutionality of Act 34, or any of its provisions, under the Pennsylvania Constitution or the Constitution of the United States, and does not create or determine any legal rights.

    This **ORDER** shall be processed in accordance with Pa.R.J.A. 103(b), and shall be effective immediately.